23281. UNDERCOFLER et al. v. DELTA AIR LINES, INC.
23283. UNDERCOFLER et al. v. SOUTHERN AIRWAYS, INC.

GRICE, Justice. These cases are controlled by the rulings made in *Undercofler v. Eastern Air Lines*, 221 Ga. 824 (147 SE2d 436).
*Judgments affirmed with direction. All the Justices concur, except Almand and Cook, JJ., who are disqualified.*
ARGUED DECEMBER 15, 1965—DECIDED FEBRUARY 2, 1966—REHEARING DENIED FEBRUARY 23 AND MARCH 10, 1966.

*Arthur K. Bolton, Attorney General, Louis F. McDonald, Assistant Attorney General, H. Perry Michael,* for appellants.
*James N. Frazer, B. D. Murphy, Wayne H. Shortridge, Powell, Goldstein, Frazer & Murphy,* for appellees.

23282. UNDERCOFLER et al. v. DELTA AIR LINES, INC.
23284. UNDERCOFLER et al. v. SOUTHERN AIRWAYS, INC.
23286. UNDERCOFLER et al. v. EASTERN AIR LINES, INC.

GRICE, Justice. In cases numbered 23282, 23284 and 23286 the defendants in the trial court seek to obtain a reversal by bill of exceptions of the same rulings complained of in their appeals in cases numbered 23281, 23283 and 23285, decided adversely to them. *Undercofler v. Eastern Air Lines,* 221 Ga. 824 (147 SE2d 436); *Undercofler v. Delta Air Lines,* 221 Ga. 836 (147 SE2d 444); *Undercofler v. Southern Airways,* 221 Ga. 836 (147 SE2d 444). In view of those decisions, the issues in the instant cases numbered 23282, 23284 and 23286 are now moot. Hence, these bills of exceptions are
*Dismissed. All the Justices concur, except Almand and Cook JJ., who are disqualified.*
ARGUED DECEMBER 15, 1965—DECIDED FEBRUARY 2, 1966.